In the Matter of the Application for Letters of Guardianship of the Person and Estate of ALFRED H. APPELL, a Minor. In the Matter of the Application for Letters of Guardianship of the Person and Estate of GEORGE C. APPELL, a Minor. JENNIE T. MCKENNELL, Individually and as Executrix and Trustee, etc., of CARMELLA V. APPELL, Deceased, and THOMAS A. MCKENNELL, Respondents; MARY DEPAOLO, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 538.] Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

CELIA KOOPMANS and VINCENT MCGUIRE, Respondents, v. HERBERT I. NICHOLSBERG, Appellant, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

IDA AARONSON, as Administratrix, etc., of MAX AARONSON, Deceased, Respondent, v. ANNA WASSER, as Executrix, etc., of DAVID WASSER, Deceased, Substituted as Appellant in Place and Stead of DAVID WASSER, Deceased, Appellant.—Action to recover damages for the death of plaintiff's intestate, who fell down an elevator shaft in an unlighted hallway in defendant's loft building. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

LOUISA ALLOCIO and Another, as Administratrices, etc., of JOSEPH ALOSIO, Deceased, Respondents, v. COLONIAL LIFE INSURANCE COMPANY, Appellant.— Order of the City Court of Yonkers, vacating order requiring security for costs, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied. Plaintiffs were, neither individually nor as administratrices, residents of the city of Yonkers. Section 1522 of the Civil Practice Act, and not section 1523, is applicable, and the *ex parte* order was properly made. Furthermore, plaintiffs were guilty of gross laches and present no facts requiring that the order be vacated. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

BRONISLAW C. BETKOWSKA, Guardian ad Litem, for MAE BETKOWSKA, an Infant over the Age of Fourteen Years, Appellant, v. MARIA ROZYCKY and Another, Respondents.— Order granting reargument of a motion to vacate and set aside the dismissal of the action by the clerk of the court and to restore the case to the Trial Term calendar, and on reargument denying such motion without prejudice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Scudder, Davis and Johnston, JJ., concur; Tompkins, J., dissents and votes to reverse the order and grant the motion to vacate and set aside the dismissal of the action and to restore the case to the calendar.